IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02891-RM-MEH

RONALD ZAPKO, and
JOHN TOWERY,

    Plaintiffs,

v.

HCA - HEALTHONE, LLC, doing business as Rose Medical Center,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2015.**

    The Stipulated Motion for Protective Order [filed February 18, 2015; docket # 26] is **granted in part and denied in part**. The Court has removed the language "at any time" from paragraph 9 to reflect that it will not retain jurisdiction after the case is closed. Accordingly, the protective order, as modified, is accepted and filed contemporaneously with this minute order.