IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02891-RM-MEH

RONALD ZAPKO, and
JOHN TOWERY,

    Plaintiffs,

v.

HCA – HEALTHONE, LLC, d/b/a Rose Medical Center,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice ("Motion") (ECF No. 37) filed on June 12, 2015. Having reviewed the Motion, and being otherwise fully advised, it is

ORDERED that the Motion (ECF No. 37) is GRANTED and all claims between Plaintiffs and Defendant in this action are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 12th day of June, 2015.

                                                  BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge